JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>              Plaintiff,<br><br>    v.<br><br>DEAN PREGERSON et al.,<br><br>              Defendants. | Case No. 2:20-cv-04214-RGK (MAA)<br><br>**JUDGMENT** |

    IT IS ORDERED AND ADJUDGED that this action is dismissed.

DATED:  June 23, 2020

_____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE